So Ordered.

Dated: April 28, 2026



Beth E. Hanan
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In Re:
JASON M CORK
SHARONE J CORK

Case No. 2025-22827-BEH-13

Debtors

Chapter 13

## ORDER DISMISSING CASE

Jennifer K. Marchinowski, Staff Attorney for Rebecca R. Garcia, Chapter 13 Standing

Trustee, filed Evidence of Default on April 20, 2026, indicating that the debtors have failed to

make payments as required under prior Order of the Court;

IT IS HEREBY ORDERED that this case is dismissed effective immediately.

| |
| --- |
| **Rebecca R. Garcia**<br>**Chapter 13 Standing Trustee**<br>**P O Box 3170**<br>**Oshkosh, WI 54903-3170**<br>**920.231.2150**<br>**Fax 920.231.5713**<br>**E-mail info@ch13oshkosh.com** |

####